■ In the Matter of Louis Kash, as Corporation Counsel of the City of Rochester, Appellant, v One 1977 Cadillac Fleetwood, Registration Plate No. MBD-626, Vehicle Identification No. 6D6957Q177013, et al., Respondents.—Order unanimously affirmed without costs for reasons stated at Supreme Court, Houston, J. (Appeal from order of Supreme Court, Monroe County, Houston, J.—Public Health Law § 3388.) Present—Dillon, P. J., Doerr, Boomer, Balio and Lawton, JJ.